UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHINE, *et al.*, | CV02-2695-AHM (Mcx) |
| Plaintiff(s), | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | |
| MARINE ENGINEER'S, *et al.*, | |
| Defendant(s). | |

On May 30, 2008, the Court ordered plaintiff to show cause in writing, no later than June 9, 2008, why the above-entitled action should not be dismissed for failure to prosecute. To date, plaintiff has not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 10, 2008

A. HOWARD MATZ
United States District Judge

**Make JS-6**